UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DANY BATISTA,                                               NOTICE OF MOTION

                                                           Plaintiff,    15 Civ. 09649 (AT) (DB)

             -against-

LG CLEANERS, INC. (d/b/a LG CLEANERS & TAYLOR
SHOP), LUIS GARCIA, and ORLANDO GARCIA,

                                                        Defendants.
------------------------------------------------------------------------x

| | |
|---|---|
| MOTION MADE BY: | Law Office of Gregory P. Mouton, Jr., LLC<br>*Attorneys for Defendants L G Cleaners Inc., Luis Garcia, and Orlando Garcia*<br>305 Broadway, 14th Floor<br>New York, NY  10007<br>Phone & Fax: (646) 706-7481 |
| RETURN DATE & TIME: | A date and time to be determined by the Court. |
| PLACE: | Before the Honorable Analisa Torres at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY  10007. |
| SUPPORTING PAPERS: | Declaration of Gregory P. Mouton, Jr., Esq., dated July 14, 2016, and the exhibits annexed thereto; the accompanying Memorandum of Law In Support dated July 14, 2016; and all of the papers and proceedings herein. |
| RELIEF REQUESTED: | An order permitting Law Office of Gregory P. Mouton, Jr., LLC to file a declaration in support of the instant motion under seal, allowing Law Office of Gregory P. Mouton, Jr., LLC to withdraw as attorney to Defendants L G Cleaners Inc., Luis Garcia, and Orlando Garcia in this matter, as well as such other and further relief as the Court may deem just and proper. |
| ANSWERING PAPERS: | Pursuant to Local Rule 6.1, any opposing affidavits and answering memoranda of law shall be served within fourteen days after service of the moving papers. |

Pursuant to Local Rule 6.1, any reply affidavits and reply memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
July 14, 2016

By: /s/
Gregory P. Mouton, Jr., Esq.
Law Office of Gregory P. Mouton, Jr., LLC
*Attorneys for Defendants L G Cleaners Inc., Luis Garcia, and Orlando Garcia*
305 Broadway, 14th Floor
New York, NY  10007
Phone & Fax: (646) 706-7481

To:

Michael Faillace & Associates, P.C. (via ECF)
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 2540
New York, NY  10165

L G Cleaners, Inc. (via First-Class Mail)
110 West 168th Street
Bronx, NY  10452

Orlando Garcia (via First-Class Mail)
110 West 168th Street
Bronx, NY  10452

Luis Garcia (via First-Class Mail)
110 West 168th Street
Bronx, NY  10452

15 Civ. 09649 (AT) (DB)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANY BATISTA,

Plaintiff,

-against-

LG CLEANERS, INC. (d/b/a LG CLEANERS & TAYLOR SHOP), LUIS GARCIA, and ORLANDO GARCIA,

Defendants.

---

NOTICE OF MOTION

---



**LAW OFFICE OF GREGORY P. MOUTON, JR., LLC**
Gregory P. Mouton, Jr., Esq., *Principal*
305 Broadway, 14th Floor
New York, NY  10007
Phone & Fax: (646) 706-7481