UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANY BATISTA, individually and on behalf
of others similarly situated,
                              Plaintiff,

                    15 CIVIL 9649 (AT)

            -against-

                    **DEFAULT JUDGMENT**

LG CLEANERS, INC. (d/b/a LG CLEANERS &
TAYLOR SHOP), LUIS GARCIA, and
ORLANDO GARCIA,
                            Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated March 22, 2019, the Court entered default judgment against Defendants at an show cause hearing held on August 16, 2017, and awarded damages for Plaintiff in the amount of $174,110.04, attorneys' fees in the amount of $7,270.50, and costs in the amount of $825. See ECF No. 59. Accordingly, judgment is entered for Plaintiff, and the case is closed.

DATED : New York, New York
          March 22, 2019

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                                        By: _____
                                                      Deputy Clerk